# United States Bankruptcy Court
## Middle District of Tennessee

In re **Catrina LaShane Stewart**  
Debtor(s)

Case No. **3:14-bk-06551**  
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number: **xxx-xx-7822**

**My (Our) Former Mailing Address and Telephone Number was:**

Name: **Catrina LaShane Stewart**

Street: **4121 Apache Trail**

City, State and Zip: **Antioch, TN 37013-3402**

Telephone #:

**Please be advised that effective   March 10th  , 20 16   ,  
my (our) new mailing address and telephone number is:**

Name: **Catrina LaShane Stewart**

Street: **202 Spirit Hill Circle**

City, State and Zip: **Smyrna, TN  37167-8121**

Telephone #:

/s/ Catrina LaShane Stewart  
**Catrina LaShane Stewart**  
Debtor